UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JASON WERRY,

    Plaintiff,

    v.      CAUSE NO. 3:22-CV-228-RLM-MGG

MATTHEW CLARK and CATHI COLLINS,

    Defendants.

OPINION AND ORDER

Jason Werry, a prisoner without a lawyer, began this case by sending the court a letter complaining that his constitutional rights were violated by the police before his arrest and then detailing a laundry list of unrelated complaints about his treatment at the Fulton County Jail. He asked for an application to start a civil lawsuit. The court sent him the paperwork to begin a lawsuit and instructed him to write this cause number on the prisoner complaint form, complete the form with only related claims, and return it to the court. ECF 2.

Mr. Werry returned a complaint form without a cause number on it, and that complaint became a new case that is still ongoing. *See* Werry v. Fulton County Jail, No. 3:22-cv-334-JD-MGG (N.D. Ind. filed Apr. 21, 2022). But the court received nothing with this case number and so closed the case. After the case was closed, Mr. Werry sent the court a letter asking about the status of his case and stating that he sent in a complaint for this case at the same time he mailed the other one. In light

of that letter, the court sent him a blank prisoner complaint form and gave him the opportunity to file an amended complaint.

Mr. Werry submitted an amended complaint. That complaint states a claim upon which relief can be granted, and therefore this case will be reopened and the amended complaint will be screened in a separate order.

For these reasons, the court VACATES the dismissal order (ECF 3) and judgment (ECF 4) and REOPENS this case.

SO ORDERED on October 18, 2022

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT
